# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 03/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 ▓▓ Trust (assets listed in Part VII, lines 106-133 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Yale University | Sept. 25-28, 2013 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional sminar | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America -- Sarasota, FL -- Checking Acct. | A | Interest | M | T | | | | | |
| 3. ▪ People's Bank | A | Interest | | | Closed | 9/1/14 | J | | |
| 4. ▪ Wells Fargo Bank | A | Interest | L | T | | | | | |
| 5. Morgan Stanley account (H): | | | | | | | | | |
| 6. Morgan Stanley Active Assets Tax Free Trust | A | Interest | N | T | | | | | |
| 7. stocks (H): | | | | | | | | | |
| 8. Air Products | C | Dividend | M | T | | | | | |
| 9. Cisco | B | Dividend | L | T | | | | | |
| 10. Cummins | C | Dividend | M | T | | | | | |
| 11. Devon Energy | B | Dividend | L | T | | | | | |
| 12. Express Scripts | | None | M | T | | | | | |
| 13. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 14. Johnson Controls | C | Dividend | N | T | | | | | |
| 15. Merck | D | Dividend | M | T | | | | | |
| 16. Microsoft | B | Dividend | L | T | | | | | |
| 17. Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Dutch Shell | D | Dividend | M | T | | | | | |
| 19. Total Fina | D | Dividend | M | T | | | | | |
| 20. mutual funds (H): | | | | | | | | | |
| 21. Calamos Fund | D | Distribution | M | T | | | | | |
| 22. Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 23. Fed Max Cap Fund | B | Distribution | K | T | | | | | |
| 24. Henderson Int'l Op. Fund | A | Dividend | K | T | | | | | |
| 25. Invesco Balanced Risk Alloc. C Fund | B | Distribution | L | T | | | | | |
| 26. Mainstay Large Cap Fund | B | Dividend | K | T | | | | | |
| 27. Oppenheimer SR Floating Rate Fund | A | Dividend | L | T | Sold (part) | 5/29/14 | L | B | |
| 28. Prudential Jennison Small Cap Cl C Fund | C | Distribution | K | T | | | | | |
| 29. Revenueshares Mid Cap ETF | A | Dividend | L | T | Buy | 9/26/14 | L | | |
| 30. Revenueshares Small Cap ETF | A | Dividend | L | T | Buy | 9/26/14 | L | | |
| 31. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 32. SPDR Barcap Short Term Hi Yield Fund | A | Dividend | K | T | | | | | |
| 33. bonds (H): | | | | | | | | | |
| 34. Bay County FL. School Board '19 4.25 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brookfield Ct '14 3.5 | B | Interest | | | Matured | 12/15/14 | K | | |
| 36. Clark Cty Nev | B | Interest | L | T | Buy | 2/25/14 | K | | |
| 37. CT. G.O. '14 5.0 | B | Interest | | | Matured | 6/2/14 | L | | |
| 38. CT G.O. Ser. C '16 4.0 | B | Interest | L | T | | | | | |
| 39. CT G.O. Ser. C '16 5.0 | B | Interest | L | T | | | | | |
| 40. CT G.O. Ser. E '16 5.0 | B | Interest | L | T | | | | | |
| 41. CT Health & Ed. '15 3.4 | A | Interest | L | T | | | | | |
| 42. CT Health & Ed. '19 5.0 | | None | L | T | Buy | 9/22/14 | L | | |
| 43. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 44. CT Spl. Tax '15 2.75 | B | Interest | M | T | | | | | |
| 45. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 46. Darien CT '14 2.0 | A | Interest | | | Matured | 1/15/14 | L | | |
| 47. Duncanville TX '18 0 | | None | K | T | Buy | 9/22/14 | K | | |
| 48. Erlanger-Elsmere KY. sch. '17 3.5 | A | Interest | L | T | | | | | |
| 49. Fairfield CT '15 4.25 | B | Interest | L | T | | | | | |
| 50. Florida Hurricane '16 5.0 | B | Interest | L | T | | | | | |
| 51. Florida St. Turnpike '14 5.0 | B | Interest | | | Matured | 7/1/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fremont CA '15 3.0 | B | Interest | L | T | | | | | |
| 53. Hawaii G.O. '18 4.0 | A | Interest | L | T | | | | | |
| 54. Hartford CT '15 5.25 | C | Interest | L | T | | | | | |
| 55. Jackson County '18 4.0 | B | Interest | L | T | | | | | |
| 56. Lakewood County CTFS '15 4.0 | A | Interest | L | T | | | | | |
| 57. Lee County School Bd. '17 4.0 | B | Interest | L | T | | | | | |
| 58. Northern Mun. Pwr Agy Minn '17 5.0 | A | Interest | L | T | | | | | |
| 59. N.Y. Dorm. Auth. '14 4.0 | B | Interest | | | Matured | 2/18/14 | L | | |
| 60. N.Y. Housing Develop. '18 2.25 | A | Interest | L | T | | | | | |
| 61. Oxford Mass G.O. '19 2.0 | | None | L | T | Buy | 10/7/14 | L | | |
| 62. Palm Beach Cty FL '27 4.375 | B | Interest | L | T | Buy | 9/25/14 | L | | |
| 63. Penn Pub. School '18 5.0 | B | Interest | L | T | Buy | 9/22/14 | L | | |
| 64. Puerto Rico Power '14 5.25 | B | Interest | | | Matured | 7/1/14 | K | | |
| 65. Rensselear Co. N.Y. '15 4.2 | B | Interest | L | T | | | | | |
| 66. Shelton CT '17 2.125 | A | Interest | K | T | | | | | |
| 67. Spokane Wash. '20 5.0 | B | Interest | L | T | Buy | 6/11/14 | L | | |
| 68. St. Lucie Sch. Bd. '25 5/0 | C | Interest | | | Sold | 7/1/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tampa Bay FL. Water '18 5.0 | B | Interest | L | T | | | | | |
| 70. Tulsa County OK Indian Auth. '14 4.0 | B | Interest | | | Matured | 9/2/14 | K | | |
| 71. Univ. CT '16 5.0 | B | Interest | L | T | | | | | |
| 72. Weber County Utah Mun. Bldg. '13 3.25 | A | Interest | L | T | | | | | |
| 73. Wells Fargo Account (H): | | | | | | | | | |
| 74. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | | | | | |
| 75. stocks (H): | | | | | | | | | |
| 76. Aflac | A | Dividend | J | T | | | | | |
| 77. AT&T | A | Dividend | J | T | | | | | |
| 78. Amgen | A | Dividend | J | T | | | | | |
| 79. Apple | A | Dividend | J | T | Buy (add'l) | 10/21/14 | J | | |
| 80. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 81. Berkshire Hathaway | | None | J | T | | | | | |
| 82. Blackstone group | A | Distribution | | | Buy | 2/24/14 | J | | |
| 83. | | | | | Sold | 5/7/14 | J | | |
| 84. Chevron | A | Dividend | J | T | Buy (add'l) | 10/21/14 | J | | |
| 85. CDK Global | | None | | | Spinoff (from line 80) | 7/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/2/14 | J | | |
| 87. Coca-cola | A | Dividend | | | Sold | 10/21/14 | J | | |
| 88. Colgate-Palmolive | A | Dividend | J | T | | | | | |
| 89. Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 10/15/14 | J | | |
| 90. Dow Chemical | A | Dividend | J | T | | | | | |
| 91. DuPont | A | Dividend | J | T | | | | | |
| 92. General Electric | A | Dividend | J | T | | | | | |
| 93. General Mills | A | Dividend | J | T | | | | | |
| 94. Halyard Health | | None | J | T | Spinoff (from line 99) | 11/3/14 | J | | |
| 95. Illinois Tool Works | A | Dividend | J | T | | | | | |
| 96. Intel | A | Dividend | J | T | | | | | |
| 97. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 98. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 99. Kimberly-Clark | A | Dividend | J | T | | | | | |
| 100. McDonalds | A | Dividend | | | Sold | 8/5/14 | J | | |
| 101. Merck | A | Dividend | J | T | | | | | |
| 102. Nextera Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pfizer | A | Dividend | J | T | | | | | |
| 104. Procter & Gamble | A | Dividend | J | T | | | | | |
| 105. Qualcomm | A | Dividend | J | T | Buy | 5/7/14 | J | | |
| 106. UGI Corp. | A | Dividend | J | T | | | | | |
| 107. US Bancorp | A | Dividend | J | T | | | | | |
| 108. Merrill Edge Account (H) | | | | | | | | | |
| 109. Merrill Lynch direct deposit program | | None | J | T | Buy | 5/23/14 | J | | |
| 110. Ishares core S&P small cap etf fund | A | Dividend | K | T | Buy | 5/23/14 | K | | |
| 111. Ishares S&P small cap 600 growth | A | Dividend | K | T | Buy | 5/23/14 | K | | |
| 112. Powershares QQQ Trust Units Ser. 1 Fund | A | Dividend | K | T | Buy | 5/23/14 | K | | |
| 113. Vanguard Mid-Cap Value Index Funs | A | Dividend | K | T | Buy | 5/23/14 | K | | |
| 114. Other (H): | | | | | | | | | |
| 115. 1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 116. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 117. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 118. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 119. Trust No. 1: | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 121.  - stocks (H): | | | | | | | | | |
| 122.  - Corning | | | | | | | | | |
| 123.  - Covidien | | | | | | | | | |
| 124.  - Exxon Mobil | | | | | | | | | |
| 125.  - Honeywell | | | | | | | | | |
| 126.  - Insteel | | | | | | | | | |
| 127.  - Koninklijke Phillips | | | | | Buy (add'l) | 6/4/14 | J | | |
| 128.  - Mallinckrodt | | | | | | | | | |
| 129.  - M & T Bank | | | | | | | | | |
| 130.  - Norfolk Southern | | | | | | | | | |
| 131.  - Pfizer | | | | | | | | | |
| 132.  - The ADT Corp. | | | | | | | | | |
| 133.  - Tyco Int'l | | | | | | | | | |
| 134.  - mutual funds (H): | | | | | | | | | |
| 135.  - Federated Floating Rate Strategic Income Fund | | | | | Sold | 5/29/14 | N | | |
| 136.  - Federated Municipal High Yield Advantage A Fund | | | | | Buy | 05/29/14 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - bonds (H): | | | | | | | | | |
| 138.  - Acalanes CA High Sch. '24 5.0 | | | | | | | | | |
| 139.  - Bridgeport, CT '19 5.5 | | | | | | | | | |
| 140.  - CT St Spl Tax '20 3.9 | | | | | | | | | |
| 141.  - Lee County FL '19 4.75 | | | | | Redeemed | 2/3/2014 | K | | |
| 142.  - Miami-Dade County FL Sch. Bd. '17 4.0 | | | | | | | | | |
| 143.  - Newtown CT '15 3.5 | | | | | Redeemed | 06/16/14 | K | | |
| 144.  - New York NY Prior Issues '17 5.0 | | | | | | | | | |
| 145.  - Niskayuna NY School Dist. '17 5.0 | | | | | | | | | |
| 146.  - Penn. ST Higher ed. '18 5.0 | | | | | | | | | |
| 147.  - Washington State mtr fuel '20 5.0 | | | | | | | | | |
| 148.  - ▨ Trust No. 2: | G | Int./Div. | P2 | T | | | | | |
| 149.  - brokerage account No. 1 (H): | | | | | | | | | |
| 150.  - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 151.  - stocks (H): | | | | | | | | | |
| 152.  - 3M | | | | | | | | | |
| 153.  - Adobe Systems | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Agilent | | | | | | | | | |
| 155.  - American Express | | | | | | | | | |
| 156.  - Automatic Data Processing | | | | | | | | | |
| 157.  - Baxter Int'l | | | | | | | | | |
| 158.  - Becton Dickinson | | | | | | | | | |
| 159.  - Cigna | | | | | | | | | |
| 160.  - Dominion Resources | | | | | | | | | |
| 161.  - Edwards Life Resources | | | | | | | | | |
| 162.  - Emerson Electric | | | | | | | | | |
| 163.  - Express Scripts | | | | | | | | | |
| 164.  - General Mills | | | | | | | | | |
| 165.  - Hillshire Brands | | | | | Sold | 9/3/14 | K | E | |
| 166.  - Home Depot | | | | | | | | | |
| 167.  - Intel | | | | | | | | | |
| 168.  - IBM | | | | | | | | | |
| 169.  - McDonalds | | | | | | | | | |
| 170.  - Microsoft | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Plum Creek Timber | | | | | | | | | |
| 172.  - Procter & Gamble | | | | | | | | | |
| 173.  - RPM Int'l | | | | | | | | | |
| 174.  - Travelers | | | | | | | | | |
| 175.  - T Rowe Price | | | | | | | | | |
| 176.  - bonds (H): | | | | | | | | | |
| 177.  - Bethel CT '17 3.0 | | | | | | | | | |
| 178.  - Clark County Nev '17 3.0 | | | | | | | | | |
| 179.  - College of Charleston SC | | | | | | | | | |
| 180.  - Cromwell CT '20 4.0 | | | | | | | | | |
| 181.  - CT '14 3.3 | | | | | Matured | 11/3/14 | K | | |
| 182.  - CT G.O. '14 4.0 | | | | | Matured | 11/3/14 | K | | |
| 183.  - CT Health & Ed '15 3.5 | | | | | | | | | |
| 184.  - CT Health & Ed '17 5.0 | | | | | | | | | |
| 185.  - CT Mun. Elec. '16 4.0 | | | | | | | | | |
| 186.  - CT Series D '15 3.5 | | | | | | | | | |
| 187.  - CT State '14 4.0 | | | | | Matured | 5/1/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Glastonbury CT '14 3.75 | | | | | Matured | 8/1/14 | K | | |
| 189. - Groton CT '15 3.75 | | | | | Matured | 10/1/14 | K | | |
| 190. - Guilford CT '18 3.0 | | | | | | | | | |
| 191. - Harrison NJ '20 3.0 | | | | | | | | | |
| 192. - Hartford County '18 3.5 | | | | | | | | | |
| 193. - Indiana St Fin '19 5.0 | | | | | Buy | 12/19/14 | L | | |
| 194. - Morgan Stanley Active AssetsTax Free Trust | | | | | | | | | |
| 195. - Newtown CT '16 2.25 | | | | | | | | | |
| 196. - New York City Trust for Cultural Reserve '21 5.0 | | | | | Buy | 5/29/14 | K | | |
| 197. - New York ST Urban Dev '19 5.50 | | | | | Buy | 5/30/14 | L | | |
| 198. - N.Y. Dorm. Auth. '17 5.0 | | | | | | | | | |
| 199. - Plymouth CT '17 3.0 | | | | | Redeemed | 7/15/14 | K | | |
| 200. - Tampa FL '18 4.0 | | | | | Buy | 7/9/14 | K | | |
| 201. - South Central CT water '15 4.0 | | | | | | | | | |
| 202. - Southington CT '18 3.5 | | | | | | | | | |
| 203. - UConn '14 3.7 | | | | | Matured | 2/18/14 | K | | |
| 204. - Univ. Hawaii '16 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Washington Health '23 5.25 | | | | | | | | | |
| 206.  - brokerage account No. 2 (H): | | | | | | | | | |
| 207.  - Mongan Stanley, New Haven, CT Money Market Acct. | | | | | | | | | |
| 208.  - stocks (H): | | | | | | | | | |
| 209.  - Abbott Labs | | | | | | | | | |
| 210.  - Abbvie | | | | | | | | | |
| 211.  - Ace Ltd. | | | | | Buy (add'l) | 9/9/14 | J | | |
| 212.  - Air Products | | | | | | | | | |
| 213.  - American Express | | | | | Buy (add'l) | 9/9/14 | J | | |
| 214.  - Anheuser Busch | | | | | Buy | 6/12/14 | J | | |
| 215.  - Apple | | | | | | | | | |
| 216.  - ASML Holding | | | | | Buy (add'l) | 5/22/14 | J | | |
| 217.  - Automatic Data Processing | | | | | | | | | |
| 218.  - Blackrock | | | | | | | | | |
| 219.  - Caterpillar | | | | | | | | | |
| 220.  - CDN Pacific RY | | | | | | | | | |
| 221.  - Celgene | | | | | Buy | 10/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Chevron | | | | | | | | | |
| 223. - Coca-cola | | | | | | | | | |
| 224. - Comcast | | | | | | | | | |
| 225. - Conoco | | | | | | | | | |
| 226. - Diageo | | | | | | | | | |
| 227. - EOG Resources | | | | | | | | | |
| 228. - Estee Lauder | | | | | | | | | |
| 229. - Exxon Mobil | | | | | | | | | |
| 230. - Franklin Resources | | | | | | | | | |
| 231. - Freeport McMoran | | | | | Sold | 10/21/14 | J | | |
| 232. - General Electric | | | | | Sold (part) | 2/11/14 | J | A | |
| 233. - HSBC | | | | | Sold | 9/9/14 | J | A | |
| 234. - IBM | | | | | | | | | |
| 235. - Intel | | | | | | | | | |
| 236. - Intuitive Surgical | | | | | Sold | 1/29/14 | J | A | |
| 237. - Johnson & Johnson | | | | | | | | | |
| 238. - JP Morgan Chase | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Kraft Food Group | | | | | | | | | |
| 240. - McDonalds | | | | | Sold (part) | 9/9/14 | J | A | |
| 241. - Merck | | | | | | | | | |
| 242. - Mondelez | | | | | | | | | |
| 243. - Nestle | | | | | | | | | |
| 244. - News Corp. | | | | | | | | | |
| 245. - Novartis | | | | | | | | | |
| 246. - Novo-Nordisk | | | | | | | | | |
| 247. - Occidental Petroleum | | | | | | | | | |
| 248. - Oracle | | | | | | | | | |
| 249. - Pepsico | | | | | | | | | |
| 250. - Phillip Morris | | | | | | | | | |
| 251. - Phillips 66 | | | | | | | | | |
| 252. - Praxair | | | | | | | | | |
| 253. - Procter & Gamble | | | | | Buy (add'l) | 2/14/12 | J | | |
| 254. - Qualcomm | | | | | | | | | |
| 255. - Roche Holding | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Royal Dutch | | | | | Sold (part) | 4/4/14 | J | A | |
| 257.  - Sabmiller | | | | | | | | | |
| 258.  - State St. Corp. | | | | | Buy (add'l) | 9/9/14 | J | | |
| 259.  - Target | | | | | Buy (add'l) | 5/22/14 | J | | |
| 260. | | | | | Sold (part) | 6/12/14 | J | | |
| 261.  - Texas Instruments | | | | | | | | | |
| 262.  - Time Warner | | | | | | | | | |
| 263.  - Total | | | | | | | | | |
| 264.  - Twenty-first Century Fox | | | | | | | | | |
| 265.  - Union Pacific | | | | | Buy | 1/29/14 | J | | |
| 266.  - United Technologies | | | | | | | | | |
| 267.  - Walgreen | | | | | | | | | |
| 268.  - Wal-Mart | | | | | | | | | |
| 269.  - Walt Disney | | | | | | | | | |
| 270.  - Wells Fargo | | | | | | | | | |
| 271.  - Xilinx | | | | | | | | | |
| 272.  - exchange traded and closed end funds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Alerian MLP Exchange Traded Fund | | | | | Buy | 5/22/14 | K | | |
| 274. - Powershares Fundamental Pure Mid Growth Fund | | | | | | | | | |
| 275. - Powershares Fundamental Pure Mid Value Fund | | | | | | | | | |
| 276. - SPDR Dow Jones Wilshire Int'l Real Est. Fund | | | | | | | | | |
| 277. - SPDR Nuveen Barclays Fund | | | | | | | | | |
| 278. -Vanguard TTL World Stk Index Fund | | | | | | | | | |
| 279. - mutual funds (H): | | | | | | | | | |
| 280. - Artisan Mid Cap Fund | | | | | | | | | |
| 281. - Brandes Emerging Markets I Fund | | | | | Buy | 6/6/14 | K | | |
| 282. - Calamos Market Neutral Fund | | | | | Sold | 5/22/14 | K | B | |
| 283. - Cohen & Steers Realty Fund | | | | | | | | | |
| 284. - Davis NY Venture Fund | | | | | | | | | |
| 285. - Franklin Conv. Sec. Adv. Fund | | | | | Buy (add'l) | 5/22/14 | J | | |
| 286. - Invesco Premier Tx Exempt Inst. Fund | | | | | | | | | |
| 287. - Ivy Global Nat. Res. I Fund | | | | | Sold | 5/22/14 | J | A | |
| 288. - JP Morgan Dynamic Sm Cp Gr Sel Fund | | | | | | | | | |
| 289. - Legg Mason WA Emerg. Mkt. Debt I Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 21 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

03/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Lord Abbett Bond Deb. F Fund | | | | | Sold | 5/22/14 | K | A | |
| 291. - Mainstay Large Cap Grw I Fund | | | | | | | | | |
| 292. - Mainstay Marketfield I Fund | | | | | Buy | 5/22/14 | K | | |
| 293. - Nuveen limited term muni bond I Fund | | | | | | | | | |
| 294. - Nuveen Tradewinds Emerg. Mkts. I Fund | | | | | Buy (add'l) | 1/14/14 | J | | |
| 295. | | | | | Sold | 6/6/14 | K | | |
| 296. - Oppenheier Int'l Bond Y Fund | | | | | | | | | |
| 297. - Prudential Jennison Mid Cap GW Z Fund | | | | | | | | | |
| 298. - Royce Premier Inv Fund | | | | | | | | | |
| 299. - ▢ Trust No. 3: | F | Int./Div. | P1 | T | | | | | |
| 300. - brokerage account No. 1 (H): | | | | | | | | | |
| 301. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 302. - stocks (H): | | | | | | | | | |
| 303. - Air Products | | | | | | | | | |
| 304. - Apache | | | | | | | | | |
| 305. - Apple | | | | | | | | | |
| 306. - Danaher | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Johnson & Johnson | | | | | | | | | |
| 308. - bonds (H): | | | | | | | | | |
| 309. - Bay County FL School '18 3.5 | | | | | | | | | |
| 310. - CT Higher Ed. '17 3.85 | | | | | Redeemed (part) | 4/11/14 | J | | |
| 311. - CT ST '14 3.0 | | | | | Matured | 2/3/14 | K | | |
| 312. - Greece NY '15 5.0 | | | | | | | | | |
| 313. - Glastonbury '14 3.75 | | | | | Matured | 8/1/14 | K | | |
| 314. - Griswold '18 3.0 | | | | | | | | | |
| 315. - Henderson Nev. '15 5.0 | | | | | | | | | |
| 316. - Marlborough CT '16 4.0 | | | | | | | | | |
| 317. - N.J. Transp. '17 5.0 | | | | | | | | | |
| 318. - San Buenaventura CA water '17 4.0 | | | | | | | | | |
| 319. - Southington CT '18 3.5 | | | | | | | | | |
| 320. - UConn '14 3.7 | | | | | Matured | 2/18/14 | K | | |
| 321. - brokerage account No. 2 (H): | | | | | | | | | |
| 322. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 323. - stocks (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - AIA Group | | | | | Buy (add'l) | 10/16/14 | J | | |
| 325.  - Air Liquide | | | | | | | | | |
| 326.  - Allianz | | | | | | | | | |
| 327.  - American Express | | | | | Sold (part) | 2/27/14 | J | B | |
| 328. | | | | | Sold (part) | 3/7/14 | J | A | |
| 329. | | | | | Buy (add'l) | 4/11/14 | J | | |
| 330.  - Anheuser Busch | | | | | | | | | |
| 331.  - Annaly Capital Mgmt | | | | | Buy | 1/2/14 | J | | |
| 332.  - Arm Holdings | | | | | | | | | |
| 333.  - Atlas Copco | | | | | | | | | |
| 334.  - Baidu | | | | | Sold (part) | 1/14/14 | J | B | |
| 335.  - Banco Bilbao | | | | | | | | | |
| 336.  - Barrick Gold | | | | | | | | | |
| 337.  - Baxter Int'l | | | | | | | | | |
| 338.  - Bayerische Motore Werke | | | | | | | | | |
| 339.  - Becton | | | | | Sold (part) | 2/27/14 | J | A | |
| 340. | | | | | Sold | 10/22/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Bed, Bath & Beyond | | | | | Buy | 3/7/14 | J | | |
| 342. - BG Group | | | | | Buy (add'l) | 8/6/14 | J | | |
| 343. - Bunge | | | | | Sold (part) | 1/14/14 | J | A | |
| 344. - Canadian National Ry. | | | | | | | | | |
| 345. - Charles Schwab | | | | | Sold | 8/25/14 | J | C | |
| 346. - Chevron | | | | | Buy (add'l) | 6/11/14 | J | | |
| 347. - Chubb | | | | | | | | | |
| 348. - Cisco | | | | | | | | | |
| 349. - Cochlear | | | | | Sold | 9/24/14 | J | | |
| 350. - Conoco | | | | | | | | | |
| 351. - CSL Ltd. | | | | | | | | | |
| 352. - CVS | | | | | | | | | |
| 353. - Dassault Systems | | | | | | | | | |
| 354. - DBS Group | | | | | | | | | |
| 355. - Devon | | | | | Sold (part) | 6/11/14 | J | B | |
| 356. | | | | | Sold | 10/22/14 | J | A | |
| 357. - Diamond Offshore Drilling | | | | | Buy | 12/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Dr. Pepper | | | | | Sold (part) | 8/26/14 | J | B | |
| 359. - Ebay | | | | | Buy | 5/14/14 | J | | |
| 360. - Enn Energy | | | | | Buy | 1/17/14 | J | | |
| 361. | | | | | Sold | 11/21/14 | J | | |
| 362. - Exelon | | | | | Sold (part) | 4/28/14 | J | | |
| 363. | | | | | Sold (part) | 5/1/14 | J | | |
| 364. - Express Scripts | | | | | Buy (add'l) | 6/19/14 | J | | |
| 365. - Exxon Mobil | | | | | | | | | |
| 366. - Fanuc Ltd. | | | | | | | | | |
| 367. - Fresenius Medical Care | | | | | | | | | |
| 368. - Fuchs Petrolub | | | | | Buy | 9/24/14 | J | | |
| 369. - Gazprom | | | | | Sold | 3/7/14 | J | | |
| 370. - Glaxo Smith Kline | | | | | | | | | |
| 371. - Honda | | | | | Buy | 11/28/14 | J | | |
| 372. - Hong Kong Exchanges & Clearing | | | | | | | | | |
| 373. - HSBC | | | | | Sold | 6/6/14 | J | A | |
| 374. - Hoya | | | | | Sold | 6/6/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Icici Bank | | | | | | | | | |
| 376. - Imperial Oil | | | | | Buy (add'l) | 3/14/14 | J | | |
| 377. - Itau Unibanco | | | | | Buy (add'l) | 6/12/14 | J | | |
| 378. | | | | | Sold (part) | 10/10/14 | J | | |
| 379. - JGC | | | | | | | | | |
| 380. - Johnson & Johnson | | | | | Sold (part) | 3/7/14 | J | | |
| 381. - Linde AG | | | | | Buy | 10/15/14 | J | | |
| 382. - L'Oreal | | | | | | | | | |
| 383. - LVMH Moet | | | | | | | | | |
| 384. - Mack Cali Realty | | | | | | | | | |
| 385. - Medtronic | | | | | Sold (part) | 2/27/14 | J | A | |
| 386. | | | | | Sold (part) | 11/7/14 | J | A | |
| 387. - Microsoft | | | | | Sold (part) | 2/25/14 | J | A | |
| 388. | | | | | Sold (part) | 11/7/14 | J | A | |
| 389. - Mitsubishi | | | | | | | | | |
| 390. - Molson | | | | | Sold (part) | 1/20/14 | J | B | |
| 391. - Monotaro | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - MTN Group | | | | | Buy (add'l) | 3/7/14 | J | | |
| 393. | | | | | Buy (add'l) | 5/16/14 | J | | |
| 394. - Nestle | | | | | | | | | |
| 395. - Newmont | | | | | | | | | |
| 396. - Nokian Tyres | | | | | Sold | 3/17/14 | J | | |
| 397. - Northrop | | | | | Sold | 8/26/14 | J | C | |
| 398. - Novo Nordisk | | | | | Buy (add'l) | 3/3/14 | J | | |
| 399. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 400. - Pepsico | | | | | | | | | |
| 401. - Petroleo ADS | | | | | Sold | 1/14/14 | J | B | |
| 402. - PNC Financial | | | | | | | | | |
| 403. - Procter & Gamble | | | | | | | | | |
| 404. - Roche | | | | | | | | | |
| 405. - Sands China Ltd. | | | | | Buy | 2/17/14 | J | | |
| 406. | | | | | Buy (add'l) | 5/16/14 | J | | |
| 407. - SAP Ag | | | | | Sold (part) | 5/15/14 | J | A | |
| 408. | | | | | Buy (add'l) | 8/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Sasol | | | | | | | | | |
| 410. - Schlumberger | | | | | | | | | |
| 411. - Schneider | | | | | | | | | |
| 412. - Shire PLC | | | | | Buy | 10/17/14 | J | | |
| 413. - Sigma-Aldrich | | | | | Sold | 2/21/14 | J | B | |
| 414. - Sonova | | | | | | | | | |
| 415. - Southern Co. | | | | | Buy | 1/2/14 | J | | |
| 416. | | | | | Sold | 4/28/14 | J | A | |
| 417. - Southwestern Energy | | | | | Buy | 10/22/14 | J | | |
| 418. - Suntrust | | | | | | | | | |
| 419. - Svenska | | | | | | | | | |
| 420. - Swatch | | | | | | | | | |
| 421. - Symrise | | | | | Buy | 6/9/14 | J | | |
| 422. | | | | | Buy (add'l) | 6/10/14 | J | | |
| 423. - Sysmex | | | | | | | | | |
| 424. - Taiwan Semiconductor | | | | | Buy (add'l) | 7/16/14 | J | | |
| 425. - Target | | | | | Sold (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Tesco | | | | | Sold | 8/7/14 | J | | |
| 427. - Torchmark | | | | | | | | | |
| 428. - T Rowe Price | | | | | Buy | 11/6/14 | J | | |
| 429. - Travelers | | | | | | | | | |
| 430. - Turkiye Garantu Bankasi | | | | | | | | | |
| 431. - US Bancorp | | | | | | | | | |
| 432. - Unicharm | | | | | | | | | |
| 433. - Unilever NV NY | | | | | | | | | |
| 434. - Wal-Mart | | | | | Buy (add'l) | 5/19/14 | J | | |
| 435. - Wells Fargo | | | | | Sold (part) | 2/27/14 | J | A | |
| 436. - WPP PLC | | | | | | | | | |
| 437. - Xinyi Glass | | | | | Buy (add'l) | 1/7/14 | J | | |
| 438. | | | | | Sold (part) | 1/16/14 | J | A | |
| 439. - Exchange Traded & Closed End Funds (H): | | | | | | | | | |
| 440. - IShares MSCI Small Cap Fund | | | | | | | | | |
| 441. - Mutual Funds (H): | | | | | | | | | |
| 442. - CRM Small Cap Value Inst. Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | | | | | | | | | |
| 444. - Gabelli Equity Fund | | | | | | | | | |
| 445. - Invesco Pemier Fund | | | | | | | | | |
| 446. - Lord Abbett Conv. Fund | | | | | | | | | |
| 447. - Lord Abbett Emerg. Mkts. Currr.Fund | | | | | | | | | |
| 448. - Nuveen Ltd. Term Mun. Bond Fund | | | | | | | | | |
| 449. - Oakmark Int'l Fund | | | | | | | | | |
| 450. - Oppenheimer Int'l Bond Fund | | | | | | | | | |
| 451. - Pimco Real Return Fnd | | | | | | | | | |
| 452. - Thornburg Int'l Fund | | | | | | | | | |
| 453. -Tweedy Browne Fund | | | | | | | | | |
| 454. - Trust No. 4: | E | Int./Div. | P1 | T | | | | | |
| 455. - brokerage account No. 1 (H): | | | | | | | | | |
| 456. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 457. - stocks (H): | | | | | | | | | |
| 458. - Apple | | | | | | | | | |
| 459. - Automatic Data Processing | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Danaher | | | | | | | | | |
| 461. - Ecolab | | | | | | | | | |
| 462. - Exxon Mobil | | | | | | | | | |
| 463. - Nike Class B | | | | | | | | | |
| 464. - United Tchnologies | | | | | | | | | |
| 465. - bonds (H): | | | | | | | | | |
| 466. - Glastonbury CT '14 3.75 | | | | | Matured | 8/1/14 | K | | |
| 467. - Kentucky St Prop '19 4.0 | | | | | | | | | |
| 468. - N.J. St Transp. '17 5.75 | | | | | | | | | |
| 469. - NYC Transition Fin. '16 5.0 | | | | | | | | | |
| 470. - Philadelphi PA Sch. '14 5.0 | | | | | Matured | 8/1/14 | K | | |
| 471. - Phoenix AZ Civic Impt. '15 4.0 | | | | | | | | | |
| 472. - Southington CT '18 35 | | | | | | | | | |
| 473. - UConn '14 3.7 | | | | | Matured | 2/18/14 | K | | |
| 474. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 475. - brokerage account No. 2 (H): | | | | | | | | | |
| 476. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

03/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - stocks (H): | | | | | | | | | |
| 478. - Advance Auto Parts | | | | | Sold (part) | 2/26/14 | J | A | |
| 479. | | | | | Sold | 5/6/14 | J | A | |
| 480. - AIA Group | | | | | Buy (add'l) | 10/16/14 | J | | |
| 481. - Air Liquide | | | | | | | | | |
| 482. - Allianz | | | | | | | | | |
| 483. - AMC | | | | | | | | | |
| 484. - Anadarko Petroleum | | | | | | | | | |
| 485. - Anheuser-Busch | | | | | | | | | |
| 486. - Anasys | | | | | | | | | |
| 487. - Arm Holdings | | | | | | | | | |
| 488. - Atlas Copco | | | | | | | | | |
| 489. - Autodesk | | | | | | | | | |
| 490. - Baidu | | | | | Sold (part) | 1/14/14 | J | A | |
| 491. - Banco Bilbao | | | | | | | | | |
| 492. - Bank of Hawaii | | | | | Buy | 3/27/14 | J | | |
| 493. - Bayerische Motoren Werke | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 55

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  - BG Group | | | | | Buy (add'l) | 8/11/14 | J | | |
| 495. | | | | | Buy (add'l) | 12/5/14 | J | | |
| 496.  - Biogen | | | | | | | | | |
| 497.  - Broadcom | | | | | | | | | |
| 498.  - Bunge Ltd. | | | | | Sold (part) | 7/14/14 | J | | |
| 499.  - Cablevision | | | | | Buy (add'l) | 1/11/14 | J | | |
| 500.  - Canadian Nat. Ry. | | | | | | | | | |
| 501.  - Carbo Ceramics | | | | | Buy | 8/19/14 | J | | |
| 502. | | | | | Sold | 10/8/14 | J | | |
| 503.  -CDW | | | | | Buy | 12/4/14 | J | | |
| 504.  - Church & Dwight | | | | | | | | | |
| 505.  - Citrix | | | | | | | | | |
| 506.  - Clarcor | | | | | | | | | |
| 507.  - Cochlear | | | | | Sold | 9/24/14 | J | | |
| 508.  - Cohen & Steers | | | | | Sold (part) | 8/21/14 | J | A | |
| 509.  - Comcast | | | | | | | | | |
| 510.  - Copart | | | | | Sold (part) | 1/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Core Labs | | | | | Buy (add'l) | 6/10/14 | J | | |
| 512. - Covidien | | | | | | | | | |
| 513. - Cree | | | | | | | | | |
| 514. - CSL | | | | | | | | | |
| 515. - Dassault | | | | | | | | | |
| 516. - DBS | | | | | | | | | |
| 517. - Directv | | | | | | | | | |
| 518. - Dolby | | | | | | | | | |
| 519. - Donaldson | | | | | | | | | |
| 520. - Dresser-Rand | | | | | | | | | |
| 521. - Eaton Vance | | | | | Sold | 11/10/14 | J | B | |
| 522. - Enn Energy | | | | | Buy | 1/17/14 | J | | |
| 523. | | | | | Sold | 11/21/14 | J | | |
| 524. - Equifax | | | | | Buy (add'l) | 6/6/14 | J | | |
| 525. - Expeditors Int'l | | | | | | | | | |
| 526. - Factset Research | | | | | Sold (part) | 12/4/14 | J | A | |
| 527. - Fanuc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 03/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Fluor | | | | | | | | | |
| 529. - Forest Labs | | | | | Sold | 7/1/14 | J | C | |
| 530. - Freeport McMoran | | | | | | | | | |
| 531. - Fresenius | | | | | | | | | |
| 532. - Fuchs Petrolub | | | | | Buy | 9/5/14 | J | | |
| 533. - Gazprom | | | | | Sold | 3/7/14 | J | | |
| 534. - Helco | | | | | Sold | 2/26/14 | J | A | |
| 535. - Hittite Microwave | | | | | Sold | 6/10/14 | J | B | |
| 536. - Hong Kong Exchanges & Clearing | | | | | | | | | |
| 537. - Icici | | | | | | | | | |
| 538. - Immunogen | | | | | Buy (add'l) | 6/6/14 | J | | |
| 539. - Imperial Oil | | | | | Buy (add'l) | 3/14/14 | J | | |
| 540. - Isis Pharmaceuticals | | | | | | | | | |
| 541. - Itau Unibanco | | | | | Sold (part) | 10/14/14 | J | | |
| 542. - Jack Henry | | | | | Sold (part) | 2/11/14 | J | A | |
| 543. - JGC | | | | | | | | | |
| 544. - L'Oreal | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - L3 Comm. | | | | | | | | | |
| 546. - Landstar | | | | | Sold (part) | 8/19/14 | J | A | |
| 547. - Liberty Interactive Co. Inter A | | | | | Sold (part) | 10/20/14 | J | A | |
| 548. - Liberty Media | | | | | | | | | |
| 549. - Linde AG | | | | | Buy | 10/15/14 | J | | |
| 550. - LVMH Moet | | | | | | | | | |
| 551. - Micro Systems | | | | | Sold | 6/24/14 | J | B | |
| 552. - Mitsubishi | | | | | | | | | |
| 553. - Monotaro | | | | | Buy (add'l) | 1/06/14 | J | | |
| 554. - Monotype | | | | | | | | | |
| 555. - MSC Industries | | | | | Sold (part) | 8/20/14 | J | A | |
| 556. - MSCI Inc Com | | | | | Buy (add'l) | 3/20/14 | J | | |
| 557. - MTN Group | | | | | Buy (add'l) | 3/7/14 | J | | |
| 558. - National Oilwell | | | | | Buy (add'l) | 6/6/14 | J | | |
| 559. - Nestle | | | | | | | | | |
| 560. - Nokian Tyres | | | | | Sold | 3/17/14 | J | | |
| 561. - Nordson | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

03/12/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - Novo Nordisk | | | | | Buy (add'l) | 3/3/14 | J | | |
| 563.  - NOW Inc. | | | | | Buy | 6/6/14 | J | | |
| 564. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 565.  - Nuance Comm. | | | | | Buy | 3/14/14 | J | | |
| 566. | | | | | Buy (add'l) | 3/24/14 | J | | |
| 567. | | | | | Buy (add'l) | 10/6/14 | J | | |
| 568.  - Nucor | | | | | | | | | |
| 569.  - Pall | | | | | | | | | |
| 570.  - Pentair | | | | | | | | | |
| 571.  - Petroleo SA ADS | | | | | Sold | 1/14/14 | J | | |
| 572.  - RBC Bearngs | | | | | Buy (add'l) | 8/25/14 | J | | |
| 573.  - Roche | | | | | | | | | |
| 574.  - Ross Stores | | | | | Buy (add'l) | 8/6/14 | J | | |
| 575. | | | | | Sold (part) | 12/4/14 | J | A | |
| 576.  - Sandisk | | | | | | | | | |
| 577.  - Sands China | | | | | Buy | 2/27/14 | J | | |
| 578. | | | | | Buy (add'l) | 5/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Newman, Jon O.

Date of Report

03/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  - SAP AG | | | | | Sold (part) | 5/15/14 | J | A | |
| 580. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 581.  - Sasol | | | | | | | | | |
| 582.  - Schlumberger | | | | | | | | | |
| 583.  - Schneider | | | | | | | | | |
| 584.  - Seagate Tech. | | | | | | | | | |
| 585.  - Shire PLC | | | | | Buy | 10/17/14 | J | | |
| 586.  - Signature Bank | | | | | Buy | 11/10/14 | J | | |
| 587.  - Sirona | | | | | Buy (add'l) | 3/20/14 | J | | |
| 588.  - Snap-on | | | | | | | | | |
| 589.  - Sonova | | | | | | | | | |
| 590.  - Starz Liberty Cap Ser. A | | | | | | | | | |
| 591.  - Svenska | | | | | | | | | |
| 592.  - Swatch | | | | | | | | | |
| 593.  - Symrise | | | | | Buy | 6/9/14 | J | | |
| 594. | | | | | Buy (add'l) | 6/10/14 | J | | |
| 595.  - Sysmex | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Taiwan Semiconductor | | | | | | | | | |
| 597. - TE Connectivity | | | | | | | | | |
| 598. - Techne | | | | | Sold | 1/24/14 | J | A | |
| 599. - Tesco | | | | | Sold | 8/7/14 | J | | |
| 600. - The ADT Corp. | | | | | | | | | |
| 601. - Towers Watson | | | | | Buy | 8/1/14 | J | | |
| 602. - Turkiye Garanti | | | | | | | | | |
| 603. - Tyco Int'l | | | | | | | | | |
| 604. - Unicharm | | | | | | | | | |
| 605. - Unilever | | | | | | | | | |
| 606. - United Health | | | | | | | | | |
| 607. - Vertex | | | | | | | | | |
| 608. - Wabco Holdings | | | | | | | | | |
| 609. - Weatherford Int'l | | | | | | | | | |
| 610. - Winmark | | | | | Buy | 9/25/14 | J | | |
| 611. - Wolverine | | | | | Buy (add'l) | 7/24/14 | J | | |
| 612. - World Fuel | | | | | Sold | 2/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - WPP | | | | | | | | | |
| 614. - Xinyi Glass | | | | | Buy (add'l) | 1/6/14 | J | | |
| 615. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 616. - Ishares MSCI Fund | | | | | | | | | |
| 617. - Ishares Russell 3000 Fund | | | | | | | | | |
| 618. - Mutual funds (H): | | | | | | | | | |
| 619. - Alliance Bernstein Global Fund | | | | | | | | | |
| 620. - Brandes Emerging Markets I Fund | | | | | Buy | 6/6/14 | K | | |
| 621. - Columbia Acorn Fund | | | | | | | | | |
| 622. - Franklin Tax Free Fund | | | | | | | | | |
| 623. - Invesco Premier Tax Exempt | | | | | | | | | |
| 624. - Lateef Fund | | | | | | | | | |
| 625. - Lord Abbett Conv. Fund | | | | | | | | | |
| 626. - Lord Abbett Emer. Mkts. Fund | | | | | | | | | |
| 627. - Nuveen Tradewinds Fund | | | | | Sold | 6/6/14 | K | | |
| 628. - Pimco Real Return Fund | | | | | | | | | |
| 629. - TCW Total Return Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - (S) IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 631. - brokerage account No. 1 (H): | | | | | | | | | |
| 632. - Citibank Bank Deposit | | | | | | | | | |
| 633. - corporate bonds (H): | | | | | | | | | |
| 634. - Bank of America '16 5.750 | | | | | | | | | |
| 635. - Bell South '16 5.2 | | | | | Redeemed | 7/15/14 | K | C | |
| 636. - Caterpillar '15 4.750 | | | | | | | | | |
| 637. - GE Capital '14 4.875 | | | | | Matured | 6/9/14 | K | | |
| 638. - Lowes '15 5.0 | | | | | | | | | |
| 639. - municipal bonds (H): | | | | | | | | | |
| 640. - Ill G.O. '15 4.421 | | | | | | | | | |
| 641. - brokerage account No. 2 (H): | | | | | | | | | |
| 642. - Morgan Stanley, New Haven, CT liquid asset fund | | | | | | | | | |
| 643. - stocks (H): | | | | | | | | | |
| 644. - Aflac | | | | | Sold | 6/12/14 | J | A | |
| 645. - AIA Group | | | | | Buy (add'l) | 10/21/14 | J | | |
| 646. - Air Liquide | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Allianz | | | | | | | | | |
| 648. - Allstate | | | | | | | | | |
| 649. - American Airlines Group | | | | | Buy | 5/27/14 | J | | |
| 650. | | | | | Sold | 6/12/14 | J | | |
| 651. - American Electric Power | | | | | Buy | 6/12/14 | J | | |
| 652. - Ameriprise Financial | | | | | Buy | 6/12/14 | J | | |
| 653. - Anadarko Petroleum | | | | | Sold | 6/12/14 | J | A | |
| 654. - Anheuser Busch | | | | | | | | | |
| 655. - Anthem | | | | | | | | | |
| 656. - Apple | | | | | Sold | 6/12/14 | J | A | |
| 657. - Arm Holding | | | | | | | | | |
| 658. - Astrazeneca | | | | | Sold | 6/12/14 | J | A | |
| 659. - Atlas Copco | | | | | | | | | |
| 660. - AT&T | | | | | Buy | 3/11/14 | J | | |
| 661. | | | | | Buy (add'l) | 6/12/14 | J | | |
| 662. - BB&T | | | | | Buy | 1/7/14 | J | | |
| 663. | | | | | Sold | 6/12/14 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

Newman, Jon O.

03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Baidu | | | | | Sold (part) | 1/14/14 | J | A | |
| 665. - Banco Bilbao | | | | | | | | | |
| 666. - Bank of America | | | | | Sold | 6/12/14 | J | A | |
| 667. - Bank of NY Mellon | | | | | Sold | 6/12/14 | J | A | |
| 668. - Barrick Gold | | | | | Buy | 6/12/14 | J | | |
| 669. | | | | | Sold (part) | 12/26/14 | J | | |
| 670. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 671. - Bayerische Motoren Werke | | | | | | | | | |
| 672. - Baxter Int'l | | | | | Buy | 6/12/14 | J | | |
| 673. | | | | | Buy (add'l) | 11/5/14 | J | | |
| 674. - BG Group | | | | | Buy (add'l) | 12/5/14 | J | | |
| 675. - BHP Billiton | | | | | Sold (part) | 6/12/14 | J | | |
| 676. - Blackrock | | | | | Sold | 1/7/14 | J | A | |
| 677. - BP PLC | | | | | Sold | 5/21/14 | J | A | |
| 678. - Broadcom | | | | | Sold | 6/12/14 | J | A | |
| 679. - Bunge | | | | | | | | | |
| 680. - CA Inc. | | | | | Buy (add'l) | 6/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

| Newman, Jon O. | 03/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Canadian National Ry. | | | | | | | | | |
| 682. - Caterpillar | | | | | Sold | 6/12/14 | J | A | |
| 683. - Chesapeake Energy | | | | | Sold | 6/12/14 | J | A | |
| 684. - Chevron | | | | | Buy | 6/12/14 | J | | |
| 685. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 686. - Cisco | | | | | Sold (part) | 6/12/14 | J | A | |
| 687. - Cochlear | | | | | Sold | 9/24/14 | J | A | |
| 688. - Conoco Phillips | | | | | Buy (add'l) | 6/12/14 | J | | |
| 689. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 690. - Corning | | | | | Sold | 6/12/14 | J | A | |
| 691. - CSL | | | | | | | | | |
| 692. - Dassault Systems | | | | | | | | | |
| 693. - DBS Group | | | | | | | | | |
| 694. - Devon Energy | | | | | Sold | 6/12/14 | J | | |
| 695. - Dupont | | | | | Buy | 6/12/14 | J | | |
| 696. - Eaton | | | | | Sold | 3/11/14 | J | A | |
| 697. - Enn Energy Holdings | | | | | Buy | 1/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 6/12/14 | J | | |
| 699. | | | | | Sold | 11/21/14 | J | | |
| 700. - Fanuc | | | | | | | | | |
| 701. - FedEx | | | | | Sold | 6/12/14 | J | A | |
| 702. - Fifth Third Bank | | | | | Sold (part) | 6/12/14 | J | A | |
| 703. - Ford Motor | | | | | Buy (add'l) | 6/12/14 | J | | |
| 704. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 705. - Freeport-McMoran | | | | | Buy | 12/29/14 | J | | |
| 706. - Fresenius | | | | | | | | | |
| 707. - Fuchs Petrolub | | | | | Buy | 3/19/14 | J | | |
| 708. | | | | | Buy (add'l) | 9/4/14 | J | | |
| 709. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 710. - Gazprom | | | | | Sold | 3/7/14 | J | | |
| 711. - General Electric | | | | | Sold (part) | 6/12/14 | J | A | |
| 712. - GlaxoSmithKline | | | | | Buy | 6/12/14 | J | | |
| 713. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 714. - Goldman Sachs | | | | | Sold | 6/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

Newman, Jon O.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Halliburton | | | | | Sold (part) | 5/8/14 | J | A | |
| 716. | | | | | Sold | 6/12/14 | J | A | |
| 717. - Harris Corp. Delaware | | | | | | | | | |
| 718. - Hartford Fin. Serv. | | | | | Sold | 6/12/14 | J | A | |
| 719. - Hewlett Packard | | | | | Sold | 6/12/14 | J | A | |
| 720. - Hong Kong Exchanges & Clearing | | | | | | | | | |
| 721. - IBM | | | | | Sold | 6/12/14 | J | | |
| 722. - Icici Bank | | | | | | | | | |
| 723. - Imperial Oil | | | | | Buy (add'l) | 3/14/14 | J | | |
| 724. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 725. - Intel | | | | | Buy | 6/12/14 | J | | |
| 726. | | | | | Sold (part) | 8/27/14 | J | A | |
| 727. - International Game Tech. | | | | | Sold | 5/27/14 | J | | |
| 728. - International Paper | | | | | Buy | 6/12/14 | J | | |
| 729. - Itau | | | | | Sold (part) | 10/14/14 | J | | |
| 730. - JGC | | | | | | | | | |
| 731. - Johnson & Johnson | | | | | Buy | 6/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - JP Morgan Chase | | | | | Buy (add'l) | 6/12/14 | J | | |
| 733. - Keycorp | | | | | Sold | 6/12/14 | J | A | |
| 734. - Kohls | | | | | Sold | 6/12/14 | J | A | |
| 735. - Lockheed | | | | | Buy | 6/12/14 | J | | |
| 736. | | | | | Sold | 11/5/14 | J | A | |
| 737. - L'Oreal | | | | | | | | | |
| 738. - L-3 Communications | | | | | Sold | 6/12/14 | J | A | |
| 739. - Linde AG | | | | | Buy | 10/15/14 | J | | |
| 740. - LVMH Moet | | | | | | | | | |
| 741. - Macy's | | | | | Buy | 9/2/14 | J | | |
| 742. - Mattel | | | | | Buy | 12/8/14 | J | | |
| 743. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 744. - Marathon Oil | | | | | Buy | 6/12/14 | J | | |
| 745. | | | | | Sold | 12/18/14 | J | | |
| 746. - Merck | | | | | Buy | 6/12/14 | J | | |
| 747. - Metlife | | | | | Buy (add'l) | 6/12/14 | J | | |
| 748. - Microsoft | | | | | Sold (part) | 6/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold | 10/27/14 | J | A | |
| 750. - Mitsubishi | | | | | | | | | |
| 751. - Molson Coors | | | | | Buy | 6/12/14 | J | | |
| 752. | | | | | Sold | 9/15/14 | J | A | |
| 753. - Monotaro | | | | | | | | | |
| 754. - MTN Group | | | | | Buy (add'l) | 3/7/14 | J | | |
| 755. | | | | | Buy (add'l) | 5/16/14 | J | | |
| 756. - Navient | | | | | Buy | 6/12/14 | J | | |
| 757. | | | | | Buy (add'l) | 8/5/14 | J | | |
| 758. - Nestle | | | | | | | | | |
| 759. - Newmont Mining | | | | | Sold | 6/12/14 | J | | |
| 760. - Nokian Tyres | | | | | Sold | 3/17/14 | J | | |
| 761. - Norfolk Southern | | | | | Buy | 6/12/14 | J | | |
| 762. - Northrop Grumman | | | | | Buy | 6/12/14 | J | | |
| 763. - Novo Nordisk | | | | | Buy (add'l) | 3/3/14 | J | | |
| 764. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 765. - Occidental Petrolem | | | | | Buy | 6/12/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 12/24/14 | J | | |
| 767. - Petroleo SA ADS | | | | | Sold | 1/14/14 | J | | |
| 768. - Pfizer | | | | | Buy | 6/12/14 | J | | |
| 769. - PNC Financial | | | | | | | | | |
| 770. - Public Service Enterprise | | | | | Buy | 9/15/14 | J | | |
| 771. - Quest Diagnostics | | | | | Sold | 6/12/14 | J | A | |
| 772. - Roche | | | | | | | | | |
| 773. - Royal Dutch Shell | | | | | Buy | 6/12/14 | J | | |
| 774. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 775. - Sands China Ltd | | | | | Buy | 2/27/14 | J | | |
| 776. | | | | | Buy (add'l) | 5/16/14 | J | | |
| 777. - SAP | | | | | Sold (part) | 5/15/14 | J | A | |
| 778. | | | | | Buy (add'l) | 8/29/14 | J | | |
| 779. - Sasol | | | | | Buy (add'l) | 12/26/14 | J | | |
| 780. - Schlumberger | | | | | | | | | |
| 781. - Schneider Elec. | | | | | | | | | |
| 782. - Seadrill Ltd. | | | | | Buy | 5/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Newman, Jon O.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold | 6/12/14 | J | A | |
| 784.  - Shire PLC | | | | | Buy | 10/17/14 | J | | |
| 785.  - SLM Corp/ | | | | | Buy | 6/12/14 | J | | |
| 786. | | | | | Sold | 8/5/14 | J | | |
| 787.  - Sonova | | | | | | | | | |
| 788.  - St. Jude | | | | | Sold | 6/12/14 | J | A | |
| 789.  - Staples | | | | | Sold | 6/12/14 | J | | |
| 790.  - Suntrust | | | | | Sold | 6/12/14 | J | A | |
| 791.  - Svenska | | | | | | | | | |
| 792.  - Swatch | | | | | | | | | |
| 793.  - Symantec | | | | | Buy | 10/24/14 | J | | |
| 794. | | | | | Buy (add'l) | 11/5/14 | J | | |
| 795.  - Symrise | | | | | Buy | 6/10/14 | J | | |
| 796.  - Sysmex | | | | | | | | | |
| 797.  - Taiwan Semiconductors | | | | | Buy (add'l) | 1/14/14 | J | | |
| 798.  - Tesco | | | | | Sold | 8/7/14 | J | | |
| 799.  - Teva Pharmaceuticals | | | | | Sold | 6/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Thermo-Fisher | | | | | Sold | 6/12/14 | J | A | |
| 801. - Total | | | | | Buy | 6/12/14 | J | | |
| 802. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 803. - Travelers | | | | | Buy | 6/12/14 | J | | |
| 804. - Turkiye | | | | | | | | | |
| 805. - Unicharm | | | | | | | | | |
| 806. - Unilever PLC | | | | | | | | | |
| 807. - Valero Energy | | | | | Sold | 6/12/14 | J | A | |
| 808. - Verizon | | | | | Buy | 6/12/14 | J | | |
| 809. - Walmart | | | | | Buy | 6/12/14 | J | | |
| 810. - Wellpoint | | | | | Buy | 6/12/14 | J | | |
| 811. - Wells Fargo | | | | | Buy (add'l) | 6/12/14 | J | | |
| 812. - WPP | | | | | | | | | |
| 813. - Xerox | | | | | Buy | 6/12/14 | J | | |
| 814. - Xinyi Glass | | | | | Sold (part) | 1/16/14 | J | A | |
| 815. | | | | | Buy (add'l) | 6/12/14 | J | | |
| 816. - Yamana | | | | | Sold | 6/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 818. - Ishares Barclays 7-10 Year Treasury Fund | | | | | | | | | |
| 819. - Ishares MSCI EAFE Index Fund | | | | | | | | | |
| 820. - Ishares Russell 1000 Index Fund | | | | | | | | | |
| 821. - Ishares Russell 1000 Value Fund | | | | | | | | | |
| 822. - Ishares Russell 3000 Fund | | | | | | | | | |
| 823. - Ishares TIPS Bond Fund | | | | | Buy (add'l) | 5/22/14 | K | | |
| 824. - SPDR DJ Wilshire Int'l Real Estate | | | | | Buy | 5/21/14 | K | | |
| 825. - Vanguard Utilities Fund | | | | | | | | | |
| 826. - Mutual Funds (H): | | | | | | | | | |
| 827. - Cohen & Steers Pref. Sec. & Inc. I | | | | | Buy | 5/21/14 | K | | |
| 828. - Eaton Vance Floating Rate Fund | | | | | Sold | 5/21/14 | L | A | |
| 829. - Invesco AIM ATST Premier | | | | | | | | | |
| 830. - Invesco Mid Cap Core Equity Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 831. - JP Morgan Highbridge Statistical Market Neutral Fund | | | | | Sold | 5/21/14 | K | | |
| 832. - Legg Mason Western Asset Emerging Markets Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 833. - Mainstay Marketfield I | | | | | Buy | 5/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  - Oppenheimer Int'l Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 835.  - Pimco Real Return Fund | | | | | | | | | |
| 836.  - Pimco Total Return Fund | | | | | Sold (part) | 5/22/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

global: all entries have been listed alphabetically within separately numbered brokerage accounts and, within each account, grouped within categories labeled "stocks," "exchange traded and closed end funds," "mutual funds," and "bonds" as permitted according to advice received from committee staff.

Line 253: This stock, Procter & Gamble, was inadvertently listed on the 2013 report as sold; it was in fact sold in part. Therefore it is listed on this report.

line 437: This stock, Xinyi Glass, was inadvertently listed on the 2013 report as sold; it was in fact sold in part. Therefore it is listed on this report.

Line 614:: This stock, Xinyi Glass, was inadvertently listed on the 2013 report as sold; it was in fact sold in part. Therefore it is listed on this report.

Line 655: This listing for Anthem resulted from a change of name by Wellpoint, which is listed on line 810.

.

FINANCIAL DISCLOSURE REPORT

Page 55 of 55

Name of Person Reporting

Newman, Jon O.

Date of Report

03/12/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jon O. Newman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544